No. 9053.

## NICKLESS v. PEARSON.

From the Martin Circuit Court.

*G. Putnam, W. R. Gardiner* and *S. H. Taylor*, for appellant.
*T. M. Clarke, E. Moser* and *E. D. Pearson*, for appellee.

HOWK, J.—The questions in this case are the same, and presented in the same manner, as those which were considered and decided by this court in the case, between the same parties, of *Nickless* v. *Pearson*, 81 Ind. 427. Upon the authority of the case cited, this cause must be decided as that was decided.

The judgment is affirmed, with costs.

---

No. 9586.

## ROBISON v. BLOUNT.

From the Greene Circuit Court.

*J. D. Alexander, H. W. Letsinger, W. I. Baker* and *L. Shaw*, for appellant.

ELLIOTT, J.—The principle decided in *Lawson* v. *DeBolt*, 78 Ind. 563, controls the present case, and the judgment is affirmed upon the authority of that case.